IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:22-MJ- 159 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| PATRICK A. CARNEY, | ) | Court Date: June 27, 2022 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7512685)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 1, 2022, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, PATRICK A. CARNEY, did unlawfully drive a vehicle on a highway recklessly or at a speed or in a manner as to endanger the life, limb, or property of any person.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-852, 1950, as amended)

(COUNT II – Class C Misdemeanor - 7512686)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 1, 2022, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, PATRICK A. CARNEY, did knowingly drive a vehicle without liability insurance.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-707, 1958, as amended)

(COUNT III – Class A Misdemeanor - 7512687)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 1, 2022, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, PATRICK A. CARNEY, after being involved in an accident which resulted in damage to attended property, did knowingly and unlawfully, leave the scene of the accident without making the required report to State Police or a local law-enforcement agency and failed to report to the owner of said attended property the information required by law.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-894, 1950, as amended)

Respectfully Submitted,

Jessica D. Aber
United States Attorney

_____
James D. Coppinger
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 24 day of June 2022 to the defendant's home of record.

By: _____
James D. Coppinger
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
James.coppinger@usdoj.gov